1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No.  1:15-cv-00431-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| AUDIO INNOVATIONS OF FRESNO LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Audio Innovations of Fresno LLC and Emma Bozmagian, as Trustee of the Varsenig Atashkarian Revocable Living Trust Agreement dated December 10, 1997, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 10, 2015					MOORE LAW FIRM, P.C.

							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff
							Jose Escobedo

Date: June 10, 2015					DOWLING AARON INCORPORATED

							*/s/ G. Andrew Slater*
							G. Andrew Slater
							Attorneys for Defendants
							Audio Innovations of Fresno LLC and Emma Bozmagian, as Trustee of the Varsenig Atashkarian Revocable Living Trust Agreement dated December 10, 1997

**ORDER**

	The parties having so stipulated,

   IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

Dated**:   June 12, 2015**				/s/ Barbara A. McAuliffe
							UNITED STATES MAGISTRATE JUDGE